UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MCGM GmbH, et al.,

                        Plaintiffs                        22-cv- 5851(PKC)

       -against-                                                        ORDER

OPTA GROUP LLC, et al.,

                        Defendants.

-----------------------------------------------------------x
CASTEL, District Judge:

        The Court is pleased to remove any ambiguity. The text of a judicial order takes precedence over a minute entry prepared by the Clerk's Office based upon that order.

        Thus, per the incorporation of the Order at ECF 55 into the Order of ECF 59, defendants shall file their motion by May 15, 2023 with a brief not to exceed 35 pages, plaintiffs may respond by June 30, 2023 with a brief not to exceed 35 pages and defendants' may reply by July 21, 2023 with a brief not to exceed 14 pages.

        The Court now makes the following modification to the Order at ECF 59: (1) because the May 15 date has passed, the Court will extend the date for defendants' motion to May 23, 2023; (2) the Court hereby limits plaintiffs' time to move to amend the Third Amended Complaint to 21 days from the filing of the motion to dismiss; and (3) discovery is stayed.

        SO ORDERED.

Dated: New York, New York
       May 19, 2023

                                                            P. Kevin Castel
                                              United States District Judge