UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MCGM, GMBH,

                Plaintiff,

                              22-cv-5851 (PKC)

   -against-                      ORDER

OPTA GROUP LLC, SPEYSIDE EQUITY LLC,
SPEYSIDE EQUITY FUND LLP, JOHN AND
JANE DOE 1-99, KAY MICHEL, KEVIN
DAUGHERTY, JEFF STONE, OLIVER MAIER,
OPTA MINERALS, INC., SPEYSIDE PRIVATE
FUND ADVISERS LLC, SPEYSIDE PRIVATE
FUND LLP, SPEYSIDE EQUITY 1 LP and
OLIVER MAIER,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is respectfully directed to close the case and to enter judgment for the defendants.

        SO ORDERED.

                                          P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
           October 7, 2024