**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MCGM, GMBH,

                    Plaintiff,

    -against-                                22 **CIVIL** 5851 (PKC)

                                             **JUDGMENT**

OPTA GROUP LLC, SPEYSIDE EQUITY LLC,
SPEYSIDE EQUITY FUND LLP, JOHN AND
JANE DOE 1-99, KAY MICHEL, KEVIN
DAUGHERTY, JEFF STONE, OLIVER MAIER,
OPTA MINERALS, INC., SPEYSIDE PRIVATE
FUND ADVISERS LLC, SPEYSIDE PRIVATE
FUND LLP, SPEYSIDE EQUITY 1 LP and
OLIVER MAIER,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2024, judgment is hereby entered for the defendants and the case is closed.

**Dated:**  New York, New York

         October 07, 2024

                                                              **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                                   **BY:**

                                                         **Deputy Clerk**